NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REN WU,<br><br>            Petitioner,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>            Respondent. | No. 14-71817<br><br>Agency No. A099-906-639<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016**

Before:      BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Ren Wu, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's decision denying his application for asylum and withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252.   We review for substantial evidence

---

*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**       The panel unanimously concludes this case is suitable for decision without oral argument.   See Fed. R. App. P. 34(a)(2).

the agency's factual findings. *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006). We deny the petition for review.

Wu claims past persecution and fear of future persecution on account of his resistance to China's population control policies. Substantial evidence supports the agency's findings that Wu failed to establish past persecution on account of his "other resistance" to China's population control policy, *see He v. Holder*, 749 F.3d 792, 796 (9th Cir. 2014), and failed to establish his fear of future persecution is objectively reasonable, *see id*. Thus we deny the petition as to Wu's asylum claim.

Wu references withholding of removal in the conclusion of his opening brief, but does not challenge the BIA's determination that he waived this claim on appeal. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED.**